IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH STRICKLAND,

    Petitioner,

v.                                           CASE NO. 5:13-cv-248-RS-EMT

N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 10) and Petitioner's Objections (Doc. 13). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The amended petition for writ of habeas corpus and addendums/supplements thereto (Docs. 6, 7, 8, 9), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice**.

3. The clerk is directed to close the file.

**ORDERED** on August 22, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**